# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

ARCHIE BRYANT, ET AL

    VS                                          CASE NO. 3:09cv263 MCR/EMT

LAKEVIEW CENTER, INC.

**REFERRAL AND ORDER**

Referred to Judge Rodgers on 08/04/2009
Type of Motion/Pleading EMERGENCY MOTION FOR STAY OF PROCEEDINGS PENDING DISPOSITION OF TALBOTT, ET AL v. LAKEVIEW CENTER, INC., CASE NO. 3:06cv378 MCR/MD
Filed by: Defendant    on 8/4/09    Doc. No. 30
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
Plaintiff    on 8/6/09    Doc. No. 34
           on          Doc. No.
WILLIAM M. McCOOL, CLERK OF COURT

/s/ Lynn C. Uhl
Deputy Clerk: Lynn Uhl

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 10th day of August, 2009, that a temporary 14-day stay is GRANTED. A final ruling on the emergency motion for a stay of the proceedings will be entered before the end of that period.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Entered On Docket: _____ By: \_\_
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

Document No.