UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARCHIE BRYANT, et al.,**

      **Plaintiffs,**

v.                                             Case No. 3:09cv263/MCR/CJK

**LAKEVIEW CENTER, INC.,**

      **Defendant**.
_____/

## ORDER

The court has been informed that the parties have reached a settlement of this case, which was brought pursuant to the Fair Labor Standards Act ("FLSA"), *see* 29 U.S.C. § 201, *et seq*.  The court will therefore remove the case from the active docket pending approval of the settlement agreement.  The parties are instructed to file a motion to approve the FLSA settlement agreement within sixty (60) days and shall attach the agreement; confirm that it includes every term and condition of the parties' agreement; identify the bona fide FLSA dispute and explain the reasons for the compromise; and demonstrate the reasonableness of the proposed attorney's fee either by using the lodestar approach or by representing to the court that the parties have agreed to the attorney's fee separately and without regard to the amount paid to settle the FLSA claim. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir.1982); *Dees v. Hydradry, Inc.*, 706 F. Supp. 2d 1227 (M.D. Fla. 2010); *Bonetti v. Embarg Mgm't Co.*, 715 F. Supp. 2d 1222 (M.D. Fla. 2009) (citing *Silva v. Miller*, 307 Fed. Appx. 349, 351 (11th Cir. 2009) (unpublished)).

Accordingly, it is hereby ORDERED that the Clerk is instructed to remove this case

from the active docket of the court, and the parties shall have sixty (60) days in which to file a motion to approve their settlement agreement in accordance with this order.

**DONE AND ORDERED** this 24th day of June, 2011.


*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**