### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

ARCHIE BRYANT, KATHY RIVERS,
ROMONA BROUGHTON, DANIELLE
ACOFF, CYNDY WALKER, Individually,
and on Behalf of All Others Similarly Situated,          CASE NO.: 3:09-CV-263

                    Plaintiffs,

      v.

LAKEVIEW CENTER, INC.

                    Defendants.
_____

### NOTICE OF FILING
### ATTORNEY'S FEES TIME RECORDS FOR JUNE 2011 – UNSEALED

NOTICE IS HEREBY GIVEN that Jeremiah J. Talbott, P.A., attorney for Plaintiffs, ARCHIE BRYANT et al, has filed its Attorney's Time Records for time expended thru JUNE 2011. The time records are summarized as follows:

| | |
|---|---|
| **Total Attorney Hours this Filing:** | 72.50   hours |
| **Total Non Attorney Hours this Filing** | 0.00   hours |
| **Total Hours this Filing** | 72.50   hours |

Dated this 15th day of JULY, 2011.

                              Submitted by:.

                              /s/ JEREMIAH J. TALBOTT

                              _____
                              JEREMIAH J. TALBOTT
                              JEREMIAH J. TALBOTT, P.A.
                              245 E. Intendencia Street
                              Pensacola, FL 32502
                              Tel:  850-437-9600/ Fax 437-0906
                              Florida Bar No.0154784
                              *Attorney for the Plaintiffs*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **ALL COUNSEL OF RECORD** via electronic filing this 15TH day of JULY, 2011.

/s/ JEREMIAH J. TALBOTT

_____

JEREMIAH J. TALBOTT