IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARCHIE BRYANT,** *et al,*

    **Plaintiffs,**

                                  Case No. 3:09cv263/MCR/CJK

v.

**LAKEVIEW CENTER, INC.,**

    **Defendant.**

_____/

**JOINT MOTION FOR ORDER APPROVING SETTLEMENT
AND DISMISSING ACTION WITH PREJUDICE**

Plaintiffs, ARCHIE BRYANT, ET AL,[1] and Defendant, Lakeview Center, Inc. ("Lakeview"), jointly move the Court, to enter an Order: (a) approving the parties' Settlement and Release Agreement settling all claims in this action under the Fair Labor Standards Act, and (b) dismissing with prejudice all claims in this action pursuant to Fed.R.Civ.P. 41(a)(2). Pursuant to the Court's Order of July 12, 2011 [Dkt. 221], the parties will separately file their respective supporting memoranda under seal to protect matters disclosed during a confidential mediation. As more fully explained in those separately filed memoranda, the agreement reached by the parties reflects a "fair and reasonable resolution of a bona fide dispute over FLSA provisions," pursuant to the requirements of *Lynn's Food Stores, Inc v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

WHEREFORE, the parties jointly request the Settlement and Release Agreement be approved and this action dismissed with prejudice.

---

[1] References to "Plaintiffs" herein include persons who have filed Notices of Consent to Opt-In and whose claims have not been voluntarily dismissed.

Respectfully submitted,

| | |
|---|---|
| /s/ John C. Davis[2] <br> John C. Davis <br> FL Bar No. 827770 <br> john@johndavislaw.net <br> **LAW OFFICES OF JOHN C. DAVIS** <br> 623 Beard Street <br> Tallahassee, FL 32303 <br> (850) 222-4770 (phone) <br> (850) 222-3119 (fax) <br><br> /s/ Jeremiah J. Talbott[2] <br> Jeremiah J. Talbott <br> FL Bar No. 0154784 <br> jj@talbottlawfirm.com <br> **JEREMIAH J. TALBOTT, P.A.** <br> 245 E. Intendencia Street <br> Pensacola, FL 32502 <br> (850) 437-9600 (phone) <br> (850) 437-0906 (fax) <br><br> /s/ Sean Culliton[2] <br> Sean Culliton, Esq. <br> **SEAN CULLITON, ESQ., LLC** <br> FL Bar No. 986232 <br> sean.culliton@gmail.com <br> 150 John Knox Way, Suite B <br> Tallahassee, FL 32303 <br> (850) 385-9455 (phone) <br> (813) 441-1999 (fax) <br><br> *Attorneys for Plaintiffs* | /s/ Karen M. Buesing <br> Karen M. Buesing <br> FL Bar No. 348491 <br> karen.buesing@akerman.com <br> Wesley D. Tibbals <br> Florida Bar Number: 0163880 <br> wesley.tibbals@akerman.com <br> **AKERMAN SENTERFITT** <br> SunTrust Financial Centre, Suite 1700 <br> 401 East Jackson Street <br> Tampa, FL  33602-5250 <br> (813) 223-7333 (phone) <br> (813) 223-2837 (fax) <br><br> and <br><br> Ralph A. Peterson <br> FL Bar No. 303021 <br> rap@beggslane.com <br> **BEGGS & LANE RLLP** <br> 501 Commendencia Street (32502-5953) <br> P.O. Box 12950 <br> Pensacola, FL 32591-2950 <br> (850) 432-2451 (phone) <br> (850) 469-3331 (fax) <br><br> *Attorneys for Lakeview Center, Inc.* |

Dated:  August 3, 2011

---

[2] Messrs. Culliton, Davis and Talbott have authorized Ms. Buesing to use their CM/ECF signatures for filing of this joint motion.

{TP730001;1}