IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**ARCHIE BRYANT,** *et al.***,**
    **Plaintiffs,**

**v.**                                          **Case No. 3:09cv263/CJK**

**LAKEVIEW CENTER, INC.,**
    **Defendant.**
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING THIS ACTION WITH PREJUDICE

    This cause came before the Court on the parties' Joint Motion for Order Approving Settlement and Dismissing Action with Prejudice (Doc. 226) and the parties' Confidential Memoranda filed under seal in support thereof pursuant to this Court's Order on Procedures for Settlement (Doc. 221).

    This is a collective action brought by Plaintiffs on behalf of themselves and others similarly situated, seeking relief under the Fair Labor Standards Act. The parties have settled this action through a confidential mediation. Based on the information provided by the parties, the Court is satisfied that the Settlement Agreement reached is a "fair and reasonable resolution of a bona fide dispute." The Agreement fairly and reasonably takes into account each party's interests, benefits, and rights pursuant to the criteria and policy considerations set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982).

The Court has considered the objection filed by Donna Cardreon and the objection/clarification filed by Renee Keyser and Stacey Nettles. Plaintiffs' counsel have addressed Cardreon's objection to the extent it concerned the time period for which relief was sought. The Court concludes that the foregoing objections are otherwise without merit.

The Court has further considered the request for attorney's fees, costs, and expenses of the Plaintiffs' counsel set forth in their motion and brief for approval of the settlement and finds the request to be reasonable.

It is therefore ORDERED AND ADJUDGED that:

1. The Joint Motion for Order Approving Settlement and Dismissing Action with Prejudice (Doc. 226) is GRANTED. The Settlement Agreement, including the attorney's fees and costs and expenses request of Plaintiffs' counsel, is APPROVED.

2. This action is DISMISSED WITH PREJUDICE.

3. The Clerk of the Court is directed to terminate any pending motions/deadlines and to close this case.

DONE and ORDERED in Chambers, Pensacola, Florida this 8th day of August, 2011.

/s/ *Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE